**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA

vs.                                    NO. 4:03CR00126-001 SWW

KEATRON LAMOND BANKS


**ORDER**

The above entitled cause is before the Court on the government's motion to withdraw its previous motion for downward departure pursuant to Rule 35, Federal Rules of Criminal Procedure, with respect to the above defendant.  The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion (Doc. #48) to withdraw its previous Rule 35 motion as to defendant Keataron Lamond Banks be, and it hereby is, granted, and the Clerk is directed to moot such motion (Doc. #46).

IT IS SO ORDERED this 23rd day of May, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE