AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 1 2008

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KEATRON LAMOND BANKS | ) | Case No: 4:03CR00126-001 SWW |
| | ) | USM No: 22956-009 |
| Date of Previous Judgment: 03/05/2004 | ) | WILLIAM P. LUPPEN |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **151** months is reduced to **130 MONTHS**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 29 | | Amended Offense Level: 27 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 151 to 188 months | | Amended Guideline Range: 130 to 162 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **03/05/2004** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 07/01/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Susan Webber Wright, United States District Judge
Printed name and title