# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

KEATRON BANKS

Case Number: 4:03-CR-00126-01-SWW

USM Number: 22956-009

**Date of Original Judgment:** March 5, 2004

**Date of Previous Amended Judgment:** July 1, 2008
*(Use Date of Last Amended Judgment if Any)*

Chris Tarver
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of    **X** the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.
 **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
   130 months **is reduced to 120 months.**

Except as provided above, all provisions of the judgment dated March 5, 2004 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/1/2011                                    /s/Susan Webber Wright
                                                         United States District Judge

Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)